Local AO 450 (rev. 5/10)

# United States District Court
### District of North Dakota

Mary Todd as Trustee of the Ruby Chelson
West Residuary Trust,

        - Plaintiff,

vs.

Christopher D. Jones, in his official capacity as Executive Director of the North Dakota Department of Human Services,

        - Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:18-cv-150

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on May 6, 2019, the Defendant's motion to dismiss is GRANTED (Doc. No. 8). The Plaintiff's first claim is DISMISSED WITH PREJUDICE. The Plaintiff's second claim is DISMISSED WITHOUT PREJUDICE.

Date: May 6, 2019

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Anja Miller, Deputy Clerk*