# U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:18-cv-150

Mary Todd v. North Dakota Department of Human Services

Length of trial:

Financial Status:
- Fee Paid? ☑ Yes ☐ No
- If **NO**, has IFP been granted? ☐ Yes ☐ No
- Is there a pending motion for IFP? ☐ Yes ☑ No

Are there any other pending post-judgment motions? ☐ Yes ☑ No

Please identify the court reporter: ☑ No hearings held

Name:

Address:

Telephone Number:

Criminal cases only:

Is the defendant incarcerated? ☐ Yes (include address below)    No ☐

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**